# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 19, 2023

### NO. 03-22-00161-CV

**KBCB Investments, LLC, Appellant**

**v.**

**Terry Black, Appellee**

---

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE JUSTICES BAKER, THEOFANIS, AND JONES**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the order denying KBCB Investments, LLC's application for temporary injunction. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying KBCB Investments, LLC's application for temporary injunction. Therefore, the Court affirms the trial court's order denying KBCB Investments, LLC's application for temporary injunction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.